# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE    Roger T. Benitez

| FROM: A. Corsello, Deputy Clerk | RECEIVED DATE: June 8, 2016 |
|---|---|
| CASE NO. 16-cv-01379-BEN-KSC | DOC FILED BY: Peter Teatai-Ariki |
| CASE TITLE: Upward Trend, LLC v. Teatai-Ariki et al | |
| DOCUMENT ENTITLED: Declaration | |

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: No provisions for acceptance.  Improper format.  Missing Certificate of Service.

Supplemental documents require court order;

Date Forwarded:   June 9, 2016

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☒ | The document is to be filed nunc pro tunc to date received. |
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  June 9, 2016              CHAMBERS OF:  Roger T. Benitez

cc: All Parties                  By:   s/Clerk